## CERTIFIED COPY OF RESOLUTION
## OF THE MEMBERS OF C4 BELTS, LLC

This is to certify that at a meeting of C4 Belts, LLC, a Georgia limited liability company (the "**Company**"), held on the 5th day of June 2023, the following resolution was adopted:

**WHEREAS**, the Company is unable to pay its debts as they generally mature. **NOW, THEREFORE, IT IS HEREBY**

**RESOLVED**, that the Company authorizes the Managing Member of the Company to prepare, file and execute the Petition for Relief provided for in Title 11, United States Code, Chapter 7 for C4 Belts LLC, a Georgia limited liability Company, and all of the necessary papers in connection therewith, in the United States Bankruptcy Court for the Northern District of Georgia.

**RESOLVED FURTHER**, that the Managing Member of the Company be and hereby is authorized to do any other acts, execute all necessary documents and take any other steps in the name and on behalf of the Company necessary or appropriate to obtaining such relief.

**RESOLVED FURTHER**, that the Managing Member of the Company be, and he hereby is authorized to retain Rountree Leitman Klein & Geer, LLC as counsel for the Company in said proceeding.

Said resolution is still of full force and effect.

Dated, this 5th day of June 2023.

C4 Belts, LLC

By: *Ramie A Tritt*
Ramie A. Tritt
Controlling Member

By: *David Lefkovits*
David Lefkovits
Managing Member